UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cr-80139-CANNON/REINHART

UNITED STATES OF AMERICA

vs.

JOHN MAMONE,

    **Defendant.**
_____/

## AGREED FACTUAL BASIS FOR GUILTY PLEA

Beginning in or around January 2019, and continuing through in or around September 2020, in Palm Beach County, the Southern District of Florida, and elsewhere, the defendant, JOHN MAMONE ("MAMONE"), did knowingly and willfully conspire and agree with his co-conspirators to commit health care fraud and wire fraud, in violation of Title 18, United States Code, Section 1349, that is: (a) to knowingly and willfully execute a scheme and artifice to defraud a health care benefit program affecting commerce, as defined in Title 18, United States Code, Section 24(b), that is, Medicare, and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of, said health care benefit program, in connection with the delivery of and payment for health care benefits, items, and services, in violation of Title 18, United States Code, Section 1347; and (b) to knowingly and with the intent to defraud, devise and intend to devise a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing the pretenses, representations, and promises were false and fraudulent when made, and for the purpose of executing the scheme and artifice, did knowingly transmit and cause to be transmitted by means of wire communication in

interstate commerce, certain writings, signs, signals, pictures, and sounds, in violation of Title 18, United States Code, Section 1343. Medicare was a "health care benefit program" as defined in Title 18, United States Code, Section 24. Furthermore, Medicare was a health care benefit program affecting commerce.

MAMONE was the beneficial owner and manager of two durable medical equipment ("DME") companies: Alpha Medical Supply, LLC ("ALPHA") and Horizon Medical Supply, LLC ("HORIZON"). Both ALPHA and HORIZON were limited liability companies formed under the laws of Florida, with principal places of business in Palm Beach County, Florida, and were also medical supply companies enrolled with Medicare. MAMONE, however, concealed from Medicare his beneficial ownership and managing control of ALPHA and HORIZON.

Specifically, MAMONE and other conspirators solicited nominee owners to be listed on Medicare enrollment records as the purported owners and managers of ALPHA and HORIZON and submitted enrollment records to Medicare containing materially false, fictitious, or fraudulent statements or representations.

MAMONE, through ALPHA and HORIZON, purchased prescriptions for medically unnecessary DME from marketing companies and then billed Medicare for the DME. The claims submitted to Medicare were electronically submitted through the use of interstate wires and affected interstate commerce. In exchange, MAMONE and his conspirators paid kickbacks to the marketing companies based on the value or volume of the DME prescriptions referred, as well as based on the amount ALPHA or HORIZON received from Medicare. These kickbacks were paid to marketing companies—such as Leverage Management Solutions and Mendez Digital, LLC d/b/a Upshot Digital—by means of cash, check, and wires.

Further, MAMONE understood that the prescriptions he purchased from marketers derived, primarily, from a telemarketing campaign, during which marketers contacted Medicare beneficiaries, induced them to accept DME, and then marketers paid telemedicine companies to issue DME prescriptions for these beneficiaries. MAMONE understood that the DME ordered was not medically necessary and that the DME was not ordered by a physician treating the beneficiary for any specific medical problem, symptom, illness, or diagnosis. MAMONE and his conspirators then billed Medicare for this DME.

As a result of MAMONE's participation in the conspiracy, ALPHA and HORIZON billed Medicare approximately $7,445,418 for DME that was not eligible for reimbursement, of which Medicare paid $3,805,073.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. It does not include all of the facts known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily and because I am in fact guilty of the crimes charged.

DATE: 12/6/21

JOHN MAMONE
Defendant

RUSSEL WILLIAMS, ESQ.
Attorney for Defendant

PATRICK J. QUEENAN
Trial Attorney